**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CRAIG D. FORBES,           :   No. 46 MM 2017

          Petitioner       :

          v.               :

COMMONWEALTH OF PENNSYLVANIA,   :

          Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2017, the Petition for Extraordinary Relief is **DENIED**.